DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAUREN FEKETE,**
Appellant,

v.

**FLORIDA ATLANTIC UNIVERSITY,**
Appellee.

No. 4D2023-2290

[March 14, 2024]

Appeal from the Florida Atlantic University Residency Appeals Committee, Office of the Registrar.

Gemma Torcivia of TG Law PLLC, West Palm Beach, and Sam Y. Hecht of Shlomo Y. Hecht, P.A., Miramar, for appellant.

Lauren Danielle Martin and Lourdes Wydler of Wydler Law, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***